SENSORDYNAMICS AG ENTWICK-
LUNGS—UND PRODUKTIONSGE-
SELLSCHAFT, an Austrian corpora-
tion; Fraunhofergesellschaft Zur
Forderung Der Angewandten For-
schung Ev, an incorporated society,
Petitioners–Appellants,

v.

MEMSCO, LLC, a California limited
liability company, Respondent–
Appellee.

No. 08–56803.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Dec. 6, 2010.

Filed Dec. 29, 2010.

Harvey M. Moore, The Moore Law
Group, Santa Ana, CA, for Petitioners–
Appellants.

Jeffrey Adams Robinson, Esquire, Rob-
inson and Robinson, LLP, Irvine, CA, for
Respondent–Appellee.

Before: PREGERSON, CLIFTON, and
BEA, Circuit Judges.

MEMORANDUM *

SensorDynamics appeals the district
court order denying its petition to confirm
a foreign arbitral partial award. We af-
firm.

---

* This disposition is not appropriate for publica-
tion and is not precedent except as provided

As this court has held, "judicial review
of *non-final* arbitration awards should be
indulged, if at all, only in the most extreme
cases." *Pacific Reinsurance Management
Corp. v. Ohio Reinsurance Corp.*, 935 F.2d
1019, 1022 (9th Cir.1991) (internal quota-
tions omitted). This guideline accords
with the fundamental principle of federal
procedure that a "court may direct entry
of a final judgment as to one or more, but
fewer than all claims ... only if the court
determines that there is no just reason for
delay." Fed. R. Civ. Proc. 54(b).

In the award at issue, the arbitration
tribunal acknowledged that it is subject to
change based on a number of factors dur-
ing the arbitration. The award is there-
fore not final. Because the arbitration is
set to move forward to a final decision
settling all claims, and because denial of
the interim relief sought presents no ob-
stacle thereto, we find no reason in this
case to depart from the general rule re-
quiring that an arbitration award be final
in order to be confirmed.

**AFFIRMED.**